# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| AUTUMN ROBERSON | * |
| | * |
| PLAINTIFF | * |
| V. | * |
| | *    CASE NO. 4:19CV00156 SWW |
| CRAWLSPACE SOLUTIONS OF | * |
| ARKANSAS, INC., JOHN COSSEY, | * |
| and BRIDGETT COSSEY | * |
| | * |
| DEFENDANTS | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF JANUARY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE